U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 3 1 2007

ROBERT H. SHEMWELL, CLERK
BY [signature] DEPUTY

STATE OF LOUISIANA * PARISH OF MOREHOUSE

FOURTH JUDICIAL DISTRICT COURT

AMY LEANNE BARLOW and JOHN DAVID BARLOW

VERSUS NO. 2007-507

**3:07cv1461**

DAVOL, INC., C.R. BARD, INC.,
MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT
NO. 1, D/B/A MOREHOUSE GENERAL HOSPITAL
and JOHN M. LIPKA, M.D.

'07 JUL 30 9 16 AM
MICHELLE ANDERS

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come AMY LEANNE BARLOW and JOHN DAVID BARLOW, competent majors and husband and wife, presently domiciled in Linden, Virginia, respectfully representing:

1.

Made Defendants herein are:

1) DAVOL, INC., a non-Louisiana corporation, authorized to do and doing business in the State of Louisiana, with its principal domicile of 100 Sockanossett Crossroad, Cranston, RI 02920;

2) C.R. BARD, INC., a non-Louisiana corporation, authorized to do and doing business in the State of Louisiana, with its principal domicile at 730 Central Avenue, Murray Hill, New Jersey 07974;

3) MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1, D/B/A MOREHOUSE GENERAL HOSPITAL, through its acting Assistant Administrator, 323 W. Walnut Street, Bastrop, LA 71220; and

4) JOHN M. LIPKA, M.D., 425 S. Vine Street, Bastrop, LA 71220

2.

Petitioners, Amy Leanne Barlow and John David Barlow, show and aver that the Defendants are justly and truly indebted unto Petitioners for injuries and damages resulting from a defective implanted mesh hernia patch more particularly described at length hereinafter.

3.

Amy Leanne Barlow was admitted to the Morehouse General Hospital in Bastrop, Louisiana, on December 16, 2003 for complaints of pain associated with an incarcerated hernia and subsequently was caused to undergo "ventral incisional herniorrhaphy" and placement of a 7 x7 cm round Kugel mesh patch, which surgical procedure was performed by John M. Lipka, M.D.

**ASSIGNED TO SECTION** 3

4.

Subsequent thereto, Amy Leanne Barlow began experiencing severe abdominal pain and was caused to be admitted to the Morehouse General Hospital on two other separate occasions for surgical intervention. The final surgical procedure that Amy Leanne Barlow was caused to undergo was for removal of the memory recoil ring surrounding the infected Kugel mesh patch, which took place on July 9, 2007 at the Morehouse General Hospital.

5.

That as a result of the improper initial Kugel mesh patch, Amy Leanne Barlow has undergone substantial medical problems that would not have incurred but for the fact that the initial surgical procedure failed and has caused continuing ongoing problems.

6.

Shortly after May 17, 2007, Amy Leanne Barlow, was advised by the Morehouse General Hospital by letter dated May 17, 2007 from Timothy Spires, M.D., Chairman of the Surgery Department for Morehouse General Hospital, concerning a recall of implanted mesh hernia patches used to repair hernias. Said recall was being made by the manufacturer, Davol, Inc.

7.

The recall notice from the letter of May 17, 2007 to Petitioner, Amy Leanne Barlow, further went on to state that the "memory coil ring that opens the patch can break under the stress and lead to bowel perforations or other internal damage." Furthermore, said recall notice noted that "symptoms that could be associated with ring breakage such as unexplained or persistent abdominal pain, fever, tenderness at the implant site or other unusual symptoms."

8.

Davol, Inc., a division of C.R. Bard, Inc., manufactured the Kugel mesh patch used for ventral and incisional hernias, which is made the subject of this proceeding.

9.

The Defendant, Morehouse Parish Hospital Service District No. 1, d/b/a Morehouse General Hospital, sold the defective Kugel mesh patch to Petitioners.

10.

Petitioners further show and aver that as a result of the foregoing, Amy Leanne Barlow has endured significant pain and suffering, mental anguish and emotional distress, as well as past and future substantial medical expenses.

11.

Finally, Petitioners show and aver that the damages they seek exceed the statutory minimum for trial by jury, and Petitioners do hereby request a trial by jury on all issues.

WHEREFORE, Petitioners pray that the Defendants by duly cited and served with a copy of this petition and be made to appear and answer same and that after all due proceedings and delays are had there by judgment herein in favor of Petitioners and against the Defendants in an amount of damages to be determined at the trial on the merits hereof, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

FURTHER PRAYS for a trial by jury on all issues.

RESPECTFULLY SUBMITTED,

TRAVIS M. HOLLEY
ATTORNEY AND COUNSELOR AT LAW
P.O. DRAWER 590 (71221)
1302 LEAVELL AVENUE
BASTROP, LA 71220
(318) 281-1000
(318) 283-3242 (FACSIMILE)

COUNSEL FOR PETITIONERS

BY: ______________________
TRAVIS M. HOLLEY
BAR ROLL NO. 6954

PLEASE SERVE:

DAVOL, INC., through the Hon. Jay Dardenne,
Louisiana Secretary of State, P.O. Box 94125,
Baton Rouge, LA 70804-9125

*NOTE: Davol, Inc. is located at:
100 Sockanossett Crossroad
Cranston, RI 02920

C.R. BARD, INC., through the Hon. Jay Dardenne,
Louisiana Secretary of State, P.O. Box 94125,
Baton Rouge, LA 70804-9125

*NOTE: C.R. Bard, Inc. is located at:
730 Central Avenue
Murray Hill, New Jersey 07974

MOREHOUSE PARISH HOSPITAL SERVICE DISTRICT NO. 1
D/B/A MOREHOUSE GENERAL HOSPITAL,
through its acting Assistant Administrator
323 W. Walnut Street, Bastrop, LA 71220

JOHN M. LIPKA, M.D.
425 S. Vine Street
Bastrop, LA 71220
*OR*
10428 Windhaven Drive
Bastrop, LA 71220

A TRUE COPY
DY CLERK 4th DIST. COURT
EX-OFF RECORDER
MOREHOUSE PARISH, LA