CLOSED

# U.S. District Court
# Western District of Louisiana (Monroe)
# CIVIL DOCKET FOR CASE #: 3:07-cv-01461-RGJ-KLH
# Internal Use Only

Barlow et al v. Davol Inc et al
Assigned to: Judge Robert G James
Referred to: Magistrate Judge Karen L Hayes
Demand: $0
Cause: 28:1332 Diversity-Product Liability

Date Filed: 08/31/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Amy Leanne Barlow** represented by **Travis M Holley**
P O Drawer 590
Bastrop, LA 71220
318-281-1000
Fax: 318-281-1702
Email: travisholley@travisholley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John David Barlow** represented by **Travis M Holley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc** represented by **James B Irwin**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504-310-2100
Fax: 504-310-2101
Email: jirwin@irwinllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Melancon**
Irwin Fritchie et al
400 Poydras St Ste 2700
New Orleans, LA 70130
504-310-2100

Fax: 504-310-2101
Email: dmelancon@irwinllc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C R Bard Inc** represented by **James B Irwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David M Melancon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospital Service District No 1**
**Morehouse Parish**
*doing business as*
Morehouse General Hospital

**Defendant**

**John M Lipka, MD**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/31/2007 | | FILING FEE: on behalf of Davol Inc in the amount of $350.00, receipt number 54635008249 (crt,Thigpen, M) Modified on 9/4/2007 (Thigpen, M). (Entered: 09/04/2007) (QC'ed on 09/04/2007, by Thigpen , M) |
| 08/31/2007 | | CASE assigned to Judge Robert G James and Karen L Hayes. (crt,Dean, S) (Entered: 09/04/2007) |
| 08/31/2007 | 1 | NOTICE of Removal by Davol Inc, C R Bard Inc from 4th JDC, Morehouse Parish; case number 2007-507. (Attachments: # 1 State court petition; # 2 State Court Citation issued to C R Bard Inc on 07/31/07; # 3 State Court Return of Service for C R Bard Inc through Secretary of State on 08/15/07; # 4 Copy of Petition from USDC/EDTX - Cavazos vs. C R Bard Inc et al; # 5 Copy of Petition from USDC/NDFL - Montgomery et al vs. Davol Inc et al; # 6 Civil cover sheet)(crt,Dean, S) (Entered: 09/04/2007) |
| 09/04/2007 | 2 | NOTICE of Corporate Disclosure Statement Requirement sent to James B Irwin, David M Melancon on behalf of Davol Inc, C R Bard Inc. (crt,Dean, S) (Entered: 09/04/2007) |
| 09/04/2007 | 3 | CIVIL CASE MANAGEMENT ORDER for cases assigned to Judge Robert G James sent to pending counsel of record. (crt,Dean, S) (Entered: 09/04/2007) |
| 09/04/2007 | 4 | MOTION for Extension of Time to File Answer re 1 Notice of Removal, with consent by Davol Inc, C R Bard Inc. (Attachments: # 1 Text of proposed order)(aty,Irwin, James) (Entered: 09/04/2007) (QC'ed on 09/05/2007, by |

| | | |
|---|---|---|
| | | Williams , L) |
| 09/04/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Davol Inc, C R Bard Inc identifying Davol, Inc. as Corporate Parent. (aty,Irwin, James) (Entered: 09/04/2007) (QC'ed on 09/05/2007, by Williams , L) |
| 09/05/2007 | 6 | REMOVAL ORDER forwarded to all counsel of record. Signed by Judge Mildred E Methvin on 9/5/07. (crt,Whidden, C) (Entered: 09/05/2007) |
| 09/06/2007 | | ELECTRONIC ORDER granting 4 Motion for Extension of Time to Answer Davol Inc answer due 9/24/2007; C R Bard Inc answer due 9/24/2007. Signed by Judge Karen L Hayes on 09/07/07. (jud,Hayes, Karen) (Entered: 09/06/2007) |
| 09/11/2007 | 7 | *Affirmative Defenses and* ANSWER to Complaint with Jury Demand by Davol Inc, C R Bard Inc.(aty,Irwin, James) (Entered: 09/11/2007) (QC'ed on 09/11/2007, by Williams , L) |
| 10/01/2007 | 8 | RESPONSE TO REMOVAL ORDER by Davol Inc, C R Bard Inc. (Attachments: # 1 Exhibits)(aty,Irwin, James) (Entered: 10/01/2007) (QC'ed on 10/01/2007, by Williams , L) |
| 10/19/2007 | 9 | LETTER from Clerk of Judicial Panel on Multidistrict Litigation to Clerk of District of Rhode Island enclosing copy of Conditional Transfer Order (CTO-5) and advising 15-day period has elapsed and no opposition was received. In re: Kugel Mesh Hernia Patch Products Liability Litigation (crt,Reeves, T) (Entered: 10/23/2007) |
| 10/25/2007 | 10 | ORDER FOR MULTI-DISTRICT LITIGATION TRANSFER directing transfer to District of Rhode Island, with copy of transfer order and docket sheet forwarded to receiving court with letter containing instructions for the electronic record to be accessed through our web site if needed. Case Terminated. All future pleadings should be filed with the newly assigned court. (Attachments: # 1 Letter of Transmittal) (crt,Alexander, E) (Entered: 11/05/2007) |